**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   In re Zyprexa and Seroquel Products Liability          **ORDER STAYING CASES**
     Litigation                                             **PENDING DETERMINATIONS**
11                                                          **BY MDL PANEL**

12   ─────────────────────────────────────────── /

13        Numerous actions involving Zyprexa and Seroquel products liability have been filed in

14   this Court.  Transfer determinations by the Judicial Panel on Multidistrict Litigation are pending

15   as MDL-1596 and MDL-1769.  Until those determinations are made, all of the following cases

16   are **STAYED** and, accordingly, any deadlines or case management conferences in these cases are

17   **VACATED**:

18   CV-06-01751-WHA, *Wilson v. Astrazeneca Pharmaceuticals, L.P., et al.*
     CV-06-01764-WHA, *Modglin v. Astrazeneca Pharmaceuticals, L.P., et al.*
19   CV-06-01772-WHA, *Render v. Astrazeneca Pharmaceuticals, L.P., et al.*
     CV-06-01825-WHA, *Wimley v. Eli Lilly and Company*
20   CV-06-01854-WHA, *Wardsworth v. Astrazeneca Pharmaceuticals, L.P., et al.*

21

22        **IT IS SO ORDERED.**

23

24   Dated:  March 15, 2006
                                            ─────────────────────────────
25                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
26

27

28